PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Michael F. Baccash, and Alan L. Fulkerson, Assistant State's Attorneys, of counsel), for the People.

Sam Adam, of Chicago, for appellee.

JAMES J. RYAN, Plaintiff-Appellant, *v.* THE CITY OF CHICAGO *et al.*, Defendants-Appellees.

(No. 57626; )

First District (4th Division)—December 20, 1974.

334

Opinion by Mr. JUSTICE JOHNSON.

John C. Ambrose and Philip J. Schmidt, both of Chicago, for appellant.

Richard L. Curry, Corporation Counsel, of Chicago (William R. Quinlan and Harvey N. Levin, Assistant Corporation Counsel, of counsel), for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALLEN ILICH, a/k/a ALEX ILICH, Defendant-Appellant.

(No. 59690;

First District (4th Division)—December 20, 1974.

*Rehearing denied January 28, 1975.*